# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY TITUS, | 8:12CV261 |
| Plaintiff, | ORDER |
| vs. | |
| STANTON COUNTY, NEBRASKA, and MICHAEL UNGER, Individually and as Stanton County Sheriff, | |
| Defendants. | |

This matter came before the Court upon a Joint Motion for Protective Order and Stipulation (Filing No. 52) filed by the plaintiff, Ashley Titus, and the defendants, Stanton County, Nebraska, and Michael Unger, and such Joint Motion and Stipulation for a Protective Order was duly signed by both counsel.

The Court, having reviewed the same, including the fact that both counsel have approved this order as to form, hereby grants said protective order to the extent requested as follows:

1. Plaintiff may designate her educational records and medical records as "confidential";
2. Defendants may designate their employees' personnel records, histories, and reasons for employment separation as "confidential";
3. Defendant Unger may designate his personnel records, histories, and any reasons for employment separation as "confidential";
4. The materials are to be used by the parties for purposes of this litigation only, and not to be given or provided to third parties for non-litigation purposes.

The parties are permitted to make such designation upon entry of this Order in writing as otherwise set forth in the Joint Motion. Such designation shall not, however, preclude the use of a reference to the filing of such items or materials with this Court in support of any motion, filing, or opposition to any motion or filing in this Court.

Dated this 23rd day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge