IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY TITUS,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL UNGER and<br>STANTON COUNTY, NEBRASKA,<br><br>                Defendants. | 8:12CV261<br><br>ORDER |

      This matter is before the court on the plaintiff's, Ashely Titus (Titus), Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Affidavit) (Filing No. 86). On April 22, 2013, the court dismissed several of the Titus' claims. **See** Filing No. 20. On November 4, 2013, the court dismissed Titus' remaining claim and entered judgment against her. **See** Filing No. 79. Titus filed a timely Notice of Appeal on December 3, 2013. **See** Filing No. 81. Titus did not previously proceed IFP in this matter. Titus represents she is unemployed, although she receives public assistance, has no money in checking or savings, and has monthly expenses of nearly $700. **See** Filing No. 86 - Affidavit. Although the plaintiff failed to file a separate motion, the document filed does contain the minimum amount of information required under the Federal Rules of Appellate Procedure Rule 24(a)(1) and shows the plaintiff's inability to pay fees and costs. Accordingly,

      **IT IS ORDERED**:

      Titus' Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Filing No. 86) is granted.

      Dated this 23rd day of December, 2013.

                                                     BY THE COURT:

                                                     s/ Thomas D. Thalken
                                                     United States Magistrate Judge